# United States District Court
## For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (Petty / Misdemeanor Offenses) |
| V. | |
| | Case Number: DNCW312PO000035-001 |
| Samuel De Jesus Machado | |
| | Cecilia Oseguera |
| | Defendant's Attorney |

**THE DEFENDANT:**

X     pleaded guilty to count(s) 1
___    Pleaded guilty to violation(s)
___    Pleaded not guilty to count(s)
___    Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 8:1325(a)(1) | Improper Entry By Alien | 11/7/2011 | 1 |

___    Counts(s) (is)(are) dismissed on the motion of the United States.
___    Violation Notice(s) (is)(are) dismissed on the motion of the United States.
___    Found not guilty as to:

**IMPOSITION OF SENTENCE:**
1.      TIME SERVED. $10 ASSESSMENT

Upon release from imprisonment, defendant shall surrender to a duly authorized Immigration Official for deportation pursuant to 8:1101.

___    The Court has considered the information presented by the defendant concerning the defendant's financial resources, assets, financial obligations, projected earnings, other income, age, education, health, dependents, and work history, and finds that the following is feasible: **That the defendant is financially able to pay $_____ Per month.**

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Date of Imposition of Sentence: 2/10/2012

David C. Keesler
United States Magistrate Judge

Date Signed:      February 13, 2012

**RETURN**

I have executed this Judgment as follows: _____

_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal